THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUSUF JAMA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER, *Attorney General of the United States*, et al.,<br><br>　　　　　Respondents. | CASE NO. C13-1246-JCC<br><br>ORDER |

The Court, having reviewed the parties' stipulated motion for an order of dismissal (Dkt. No. 20), the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, finds and ORDERS as follows:

(1)　The Court ADOPTS the Report and Recommendation;

(2)　The parties' stipulated motion for an order of dismissal (Dkt. No. 20) is GRANTED and this action is DISMISSED without prejudice and without an award of costs or fees to either party.

(3)　Respondents' motion to dismiss (Dkt. No. 12) is STRICKEN as moot.

(4)　The Clerk is respectfully directed to send a copy of this Order to the parties and to Judge Donohue.

//

//

1        DATED this 21st day of November 2013.



                                        John C. Coughenour
                                        UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2